**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL C. WORSHAM,**

    **Plaintiff,**

**v.**           Case No:   6:18-cv-1692-Orl-37LRH

**TSS CONSULTING GROUP, LLC and**
**MARCOS I. TAVERAS,**

    **Defendants.**

## ORDER

On May 7, 2019, the Court entered an order appointing a mediator and appointing the Defendants' counsel as lead counsel for the purposes of coordinating the date and location of the mediation. (Doc. 66). In doing so, the Court directed the Defendants' counsel to file a notice identifying the date and location of the mediation no later than May 22, 2019. (*Id.*). The Defendants' counsel has not filed the aforementioned notice, and the time to do so has passed.

Accordingly, it is **ORDERED** that:

1. **On or before May 29, 2019**, the Defendants' counsel shall show cause in writing why sanctions should not be imposed on him for failure to comply with the Court's May 7, 2019 Order. No extensions of time will be granted.

2. **The failure to timely respond to this Order to Show Cause will result in the imposition of sanctions against the Defendants' counsel.**

**DONE** and **ORDERED** in Orlando, Florida on May 23, 2019.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties