# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL C. WORSHAM,**

          **Plaintiff,**

**v.**                                        **Case No:   6:18-cv-1692-Orl-37LRH**

**TSS CONSULTING GROUP, LLC and
MARCOS I. TAVERAS,**

          **Defendants.**

_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO EXCUSE PARTIES ATTENDANCE AT PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (Doc. 106)** |
| **FILED:** | **July 31, 2019** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The Plaintiff, who is proceeding *pro se*, filed a motion for preliminary injunction, which the Court has set for a hearing on August 20, 2019.   (Docs. 95; 103).   Pursuant to the Order setting the hearing, the parties are required to attend in-person, however there will be no evidence taken.   (Doc. 103).

On July 31, 2019, the Defendants, through their counsel, filed a motion requesting they be excused from attending the preliminary injunction hearing.   (Doc. 106 (Motion)).[1]   In support, the

_____

[1] The Motion was originally filed on CM-ECF as an *ex parte* motion.   The Clerk's office

Defendants state that Defendant Marcos I. Taveras is presently incarcerated in Texas.   (*Id*. at ¶ 2). Further, the Defendants state that Mr. Taveras serves as the corporate representative for Defendant TSS Consulting Group, LLC (TSS).   (*Id*. at ¶ 3).   In light of Mr. Taveras' incarceration, the Defendants implicitly suggest that Mr. Taveras and TSS are unable to attend the preliminary injunction hearing.   (*See id*. at ¶ 4).   Thus, the Defendants request that the Court excuse them from attending.   (*Id*. at 1).   The Motion is unopposed.   (*Id*. at ¶ 4).

Mr. Taveras' incarceration is good cause to excuse his and TSS's presence at the preliminary injunction hearing, especially considering that the Court will not be taking any evidence during the hearing.   Thus, the Motion will be granted.

Accordingly, it is **ORDERED** that:

1. The Motion (Doc. 106) is **GRANTED**.

2. The Defendants Marcos I. Taveras and TSS Consulting Group, LLC are excused from attending the August 20, 2019 preliminary injunction hearing.

3. All remaining aspects of the Court's order (Doc. 103) setting the preliminary injunction hearing remaining in full force and effect.

**DONE** and **ORDERED** in Orlando, Florida on August 1, 2019.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

---

contacted the Defendants' counsel to confirm whether he intended to file the motion *ex parte* considering the Motion was not titled as such and it contained a certification that counsel conferred with the opposing party.   (Doc. 106).   In response, counsel confirmed that the Motion should not have been filed as an *ex parte* motion.   Thus, the Clerk's office removed the *ex parte* designation on CM-ECF.

Copies furnished to:

Counsel of Record
Unrepresented Parties