UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL C. WORSHAM,

    Plaintiff,

v.                                                                    Case No. 6:18-cv-1692-Orl-37LRH

TSS CONSULTING GROUP, LLC; and
MARCOS I. TAVERAS,

    Defendants.
_____

## ORDER

Before the Court are Defendant TSS Consulting Group, LLC's and Defendant Marcos I. Taveras's Suggestions of Bankruptcy (Docs. 155, 156), notifying the Court that Defendants filed Chapter 11 bankruptcy petitions in the U.S. Bankruptcy Court for the Middle District of Florida. *See In re TSS Consulting Group, LLC*, No. 6:19-bk-6322-KSJ; *In re Marcos Taveras*, No. 6:19-bk-6316-KSJ (collectively, "**Bankruptcy Proceedings**"). Because the initiation of a voluntary bankruptcy petition automatically stays judicial proceedings brought against the debtor, 11 U.S.C. § 362(a)(1), this action must be stayed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This action is **STAYED** pending resolution of the Bankruptcy Proceedings.

2. On or before Tuesday, **January 2, 2020**, and every ninety (90) days thereafter, the parties are **DIRECTED** to file a status report regarding the Bankruptcy Proceedings.

3. The Clerk is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 4, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro se* Party